

**IT IS ORDERED as set forth below:**

**Date: October 14, 2022**

_____
**Paul W. Bonapfel**
**U.S. Bankruptcy Court Judge**

_____

## UNITED STATES BANKRUPTCY COURT`
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| IN RE: | CASE NUMBER: 22-56766-PWB |
| NICOLE LYNNE WIESEN *aka* Nicole Lynne Marcellus, | CHAPTER 7 |
| Debtor. | JUDGE BONAPFEL |
| NICOLE LYNNE WIESEN *aka* Nicole Lynne Marcellus, | CONTESTED MATTER |
| Movant, | |
| v. | |
| KUPFERMAN & GOLDEN, ATTORNEYS AT LAW, | |
| Respondent. | |

**O R D E R**

Before the Court is the Motion to Avoid Lien (the "Motion") of the above-named Debtor, as provided by 11 U.S.C. § 522(f) and Bankruptcy Rule 4003(d). (Docket No.

10). This Respondent has not filed a response; thus, the Motion is deemed to be unopposed. *See* BLR 6008-1(b), N.D. Ga. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the lien held by the Respondent upon exempt property of the above-named Movant is **AVOIDED** to the extent that such lien impairs an exemption to which Movant would have been entitled pursuant to 11 U.S.C. § 522(b).

The Clerk of Court is directed to serve a copy of this Order on the parties on the below distribution list.

END OF DOCUMENT

DISTRIBUTION LIST

Nicole Lynne Wiesen
1514 E Bank Dr
Marietta, GA 30068

Vincent Paul Leibbrandt
Semrad Law
Suite 300
235 Peachtree Street NE
Atlanta, GA 30303

Kathleen Steil
Kathleen Steil, Trustee
Ogier, Rothschild & Rosenfeld, PC
P. O. Box 1547
Decatur, GA 30031

Kupferman & Golden, Attorneys at Law
One Securities Centre, Suite 600
3490 Piedmont Road
Atlanta, GA 30305

Gregory Golden
Kupferman & Golden, Attorneys at Law
One Securities Centre, Suite 600
3490 Piedmont Road
Atlanta, GA 30305

State Court Of Dekalb County
556 N. McDonough St
Decatur, GA 30030